Teresa C. Chow, Bar No. 237694
*tchow@bakerlaw.com*
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859

Matthew D. Pearson, Bar No. 294302
*mpearson@bakerlaw.com*
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202-2662
Telephone: 303.861.0600

Attorneys for Defendants
FOREVER 21 RETAIL, INC. and
FOREVER 21, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWHARAH HAMEED-BOLDEN and ALI CONRAD O'BRIEN, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FOREVER 21 RETAIL, INC., and FOREVER 21, INC.,<br><br>Defendant. | Case No.: 2:18-cv-03019<br>[*Hon. S. James Otero*]<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>[Filed concurrently with Memorandum of Points and Authorities; Declaration of Matthew D. Pearson; and (Proposed) Order]<br><br>Hearing Date: September 3, 2018<br>Hearing Time: 10:00 a.m.<br>Courtroom: 10C<br><br>Action Filed: April 10, 2018<br>Complaint Served: April 30, 2018 |

**TO THE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on September 3, 2018, at 10:00 a.m. in Courtroom 10C of the above-entitled court, the Honorable S. James Otero presiding, Defendants FOREVER 21 RETAIL, INC. and FOREVER 21, INC. (collectively, "Forever 21") will and hereby do move, pursuant to Federal Rule of Civil Procedure 12(b)(6), for an order dismissing, with prejudice, Plaintiffs JOWHARAH HAMEED-BOLDEN's and ALI CONRAD O'BRIEN's (collectively, "Plaintiffs") First Amended Complaint ("FAC") ("Motion").

This Motion is brought pursuant to Federal Rule of Civil Procedure Rule 12(b)(6) on the grounds that Plaintiffs have failed to allege in their FAC sufficient facts to state a cause of action against Forever 21. Specifically, Plaintiffs have failed to allege sufficient facts to establish that they have suffered cognizable injury, a necessary element of their claims. Additionally, Plaintiffs have failed to allege sufficient facts to show that their tort causes of action are not barred by the economic loss doctrine. They also have failed to allege facts to show that they are entitled to declaratory judgment. And they have failed to allege facts sufficient to establish that Forever 21 engaged in an unlawful business act that can act as the predicate violation to their Unlawful Business Practice claim under the California Unfair Competition Law.

This Motion is based upon this Notice of Motion, the attached Memorandum of Points and Authorities, the pleadings and papers on file herein, any opposition and reply, any oral arguments, and upon such other matters that may be presented to the Court in support of this Motion.

Pursuant to Civil Local Rule 7-3, counsel for Plaintiffs and counsel for Forever 21 met-and-conferred on the substance of the Motion on two separate occasions: first on June 14, 2018 and next on July 10, 2018. In the June 14, 2018, Counsel for Forever 21 laid out each of Forever 21's arguments and discussed them

with counsel for Plaintiffs. Counsel for Plaintiffs then amended the complaint, addressing some, but not all, of Forever 21's arguments. Counsel for Forever 21 and counsel for Plaintiff then held another met-and-confer call in which counsel for Forever 21 raised many of the same arguments identified in the first call and explained why Forever 21 believed Plaintiffs' amendments did not address them. Ultimately, the parties were not able to agree. [*See* Declaration of Matthew D. Pearson, ¶¶ _____.]

DATED: July 13, 2018

**BAKER & HOSTETLER LLP**

By: */s/ Matthew D. Pearson*
    Teresa C. Chow
    Matthew D. Pearson

Attorneys for Defendants
FOREVER 21 RETAIL, INC. and
FOREVER 21, INC.