Teresa C. Chow, Bar No. 237694
*tchow@bakerlaw.com*
**BAKER & HOSTETLER LLP**
11601 Wilshire Boulevard, Suite 1400
Los Angeles, CA 90025-0509
Telephone: 310.820.8800
Facsimile: 310.820.8859

Paul G. Karlsgodt (Admitted *Pro Hac Vice*)
*pkarlsgodt@bakerlaw.com*
Matthew D. Pearson, Bar No. 294302
*mpearson@bakerlaw.com*
**BAKER & HOSTETLER LLP**
1801 California Street, Suite 4400
Denver, CO 80202-2662
Telephone: 303.861.0600
Facsimile: 303.861.7805

Attorneys for Defendants
FOREVER 21 RETAIL, INC. and
FOREVER 21, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWHARAH HAMEED-BOLDEN and ALI CONRAD O'BRIEN, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FOREVER 21 RETAIL, INC., and FOREVER 21, INC.,<br><br>Defendant. | Case No.: 2:18-cv-03019<br>[*The Hon. S. James Otero*]<br><br>**NOTICE OF SETTLEMENT**<br><br>Complaint Filed: April 10, 2018<br>FAC Filed: June 29, 2018 |

Plaintiffs JOWHARAH HAMEED-BOLDEN and ALI CONRAD O'BRIEN (collectively, "Plaintiffs") and Defendants FOREVER 21 RETAIL, INC. and FOREVER 21, INC. (collectively, "Forever 21") (together the "Parties") hereby file this Notice of Settlement, promptly informing the Court of the following:

1. On February 19, 2019, the Parties participated in private mediation before retired United States District Court Judge Gary Feess;

2. As a result of the mediation, the Parties were able to reach a mutually agreeable resolution of the matter;

3. The parties are in the process of drafting a Motion for Preliminary Approval and will file said motion as soon as possible;

4. On January 24, 2019, the Court continued the Scheduling Conference to March 18, 2019 to allow the Parties sufficient time to try to resolve the case;

5. Given the recent settlement, the Parties request that the March 18, 2019 Scheduling Conference be taken off calendar.

DATED: March 5, 2019

**BAKER & HOSTETLER LLP**

By: */s/ Matthew D. Pearson*
   Teresa C. Chow
   Matthew D. Pearson

Attorneys for Defendants
FOREVER 21 RETAIL, INC. and
FOREVER 21, INC.

- 1 -

DATED: March 5, 2019

**MORGAN & MORGAN COMPLEX LITIGATION GROUP**

By: */s/ Jean S. Martin*
John A. Yanchunis
Jean S. Martin

Attorneys for Plaintiffs
JOWHARAH HAMEED-BOLDEN
and ALI CONRAD O'BRIEN

## **ATTESTATION**

I, Matthew D. Pearson, attest that all other signatures listed, and on whose behalf the filing is submitted, concur in the filing's contents and have authorized the filing.

*/s/ Matthew D. Pearson*