1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

JOWHARAH HAMEED-BOLDEN and ALI CONRAD O'BRIEN, On Behalf of Themselves and All Others Similarly Situated,

Plaintiffs,

v.

FOREVER 21 RETAIL, INC., and FOREVER 21, INC.,

Defendant.

Case No.: 2:18-cv-03019
  [*The Hon. S. James Otero*]

**ORDER GRANTING STIPULATION TO TAKE SCHEDULING CONFERENCE OFF CALENDAR AND TO SET DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT**

[Filed concurrently with Stipulation]

Complaint Filed:        April 10, 2018
FAC Filed:              June 29, 2018

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

1    The Court, having read and considered Plaintiffs JOWHARAH HAMEED-

2 BOLDEN's and ALI CONRAD O'BRIEN's (collectively, "Plaintiffs") and

3 Defendants FOREVER 21 RETAIL, INC.'s and FOREVER 21, INC.'s

4 (collectively, "Forever 21") (together the "Parties") Stipulation to Take

5 Scheduling Conference Off Calendar and to Set Deadline to File Motion for

6 Preliminary Approval of Settlement ("Stipulation"), and finding good cause

7 therefor, HEREBY ORDERS that:

8    1.    The Stipulation is GRANTED;

9    2.    The Scheduling Conference, currently set for March 18, 2019, is

10         taken off calendar; and

11   3.    Plaintiffs shall file their Motion for Preliminary Approval on or

12         before May 3, 2019.

13

14 **IT IS SO ORDERED.**

15

16 Dated: March 12, 2019    _____

17                          The Honorable S. James Otero
                            United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28

- 1 -
[PROPOSED] ORDER GRANTING STIPULATION TO TAKE SCHEDULING CONFERENCE OFF CALENDAR AND TO SET DEADLINE
TO FILE MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT
CASE NO.: 2:18-CV-03019
4828-6073-8954.2