# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWHARAH HAMEED-BOLDEN and ALI CONRAD O'BRIEN, On Behalf of Themselves and All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>    v.<br><br>FOREVER 21 RETAIL, INC., and FOREVER 21, INC.,<br><br>            Defendant. | Case No.: 2:18-cv-03019 SJO (JPRx)<br>[*The Hon. S. James Otero*]<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO CONTINUE MAY 3, 2019 DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Filed: April 10, 2018<br>FAC Filed: June 29, 2018 |

1  The Court, having read and considered Plaintiffs JOWHARAH HAMEED-
2  BOLDEN's and ALI CONRAD O'BRIEN's (collectively, "Plaintiffs") and
3  Defendants FOREVER 21 RETAIL, INC.'s and FOREVER 21, INC.'s
4  (collectively, "Forever 21") (together the "Parties") Stipulation to Continue May
5  3, 2019 Deadline to File Motion for Preliminary Approval ("Stipulation"), and
6  finding good cause therefor, HEREBY ORDERS that:

    1.    The Stipulation is GRANTED; and

    2.    Plaintiffs' deadline to file their Motion for Preliminary Approval is continued to May 31, 2019.

**IT IS SO ORDERED.**

Dated: May 29, 2019

_S. James Otero_
The Honorable S. James Otero
United States District Court Judge