# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWHARAH HAMEED-BOLDEN and ALI CONRAD O'BRIEN, On Behalf of Themselves and All Others Similarly Situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>FOREVER 21 RETAIL, INC., and FOREVER 21, INC.,<br><br>　　　　　Defendant. | Case No.: 2:18-cv-03019 SJO (JPRx)<br>[*The Hon. S. James Otero*]<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL TO JUNE 28, 2019**<br><br>[Filed concurrently with Stipulation]<br><br>Complaint Filed:　April 10, 2018<br>FAC Filed:　　　　June 29, 2018 |

1  The Court, having read and considered Plaintiffs JOWHARAH HAMEED-
2  BOLDEN's and ALI CONRAD O'BRIEN's (collectively, "Plaintiffs") and
3  Defendants FOREVER 21 RETAIL, INC.'s and FOREVER 21, INC.'s
4  (collectively, "Forever 21") (together the "Parties") Stipulation to Continue May
5  Deadline to File Motion for Preliminary Approval to June 28, 2019
6  ("Stipulation"), and finding good cause therefor, HEREBY ORDERS that:
7    1.  The Stipulation is GRANTED; and
8    2.  Plaintiffs' deadline to file their Motion for Preliminary Approval is
9        continued to June 28, 2019.

**IT IS SO ORDERED.**

Dated: __June 24__, 2019

_____
The Honorable S. James Otero
United States District Court Judge

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES