1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| JOWHARAH HAMEED-BOLDEN and ALI CONRAD O'BRIEN, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FOREVER 21 RETAIL, INC., and FOREVER 21, INC.<br><br>Defendants. | Case No.: 2:18-cv-03019-SJO-JPR<br>[Hon. S. James Otero]<br><br>ORDER ON<br><br>**STIPULATION OF PARTIES TO CONTINUE DATE FOR HEARING ON MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND DIRECTION OF NOTICE UNDER RULE 23(e)** |

ORDER ON
Stipulation of Parties to Continue Hearing for
Plaintiffs' Unopposed Preliminary Approval of Class Action Settlement And Direction of Notice
Case No: 2:18-cv-0319-SJO-JPR

Plaintiffs JOWHARAH HAMEED-BOLDEN and ALI CONRAD O'BRIEN (collectively, "Plaintiffs") and Defendants FOREVER 21 RETAIL, INC. and FOREVER 21, INC. (collectively, "Forever 21") (together the "Parties") enter into this Stipulation requesting the Court continue the date for the hearing on Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement and Direction of Notice Under Rule 23(e).  Good cause exists to grant this continuance based upon the following facts:

1. On January 28, 2019, Plaintiffs filed their Unopposed Motion for Preliminary Approval of Class Action Settlement and Direction of Notice Under Rule 23(e).
2. On July 1, 2019, the Court gave notice of deficiencies in the filing, particularly the failure to request a hearing date. [Dkt. 64.]
3. Upon receipt of the Court's notice, Plaintiffs began working to correct their deficiencies, including consulting with counsel for Defendants as to available dates for the hearing. Unfortunately, the filing of a proper motion with hearing date was further hindered by a computer server failure experienced by Plaintiffs' counsel on July 3, 2019.
4. Before the Plaintiffs could correct their deficiencies, the Court set the hearing date for July 29, 2019. [Dkt. 65.]
5. Counsel for both parties have scheduling conflicts that prevent their appearances on that day.
6. Counsel for both parties are available on August 12, 2019 at 10:00 a.m. and respectfully request the Court continue the hearing until that date.
7. Counsel for Plaintiffs apologize to the Court for their deficiencies and their delay in correcting same and any inconvenience these failures caused the Court.

Local Rule 7-3 Certification:  The Defendants join in this Stipulation.

Dated:  July 5, 2019

JEAN SUTTON MARTIN
jeanmartin@ForThePeople.com

IT IS SO ORDERED

Dated __July 9, 2019__

S. James Otero

United States District Judge