1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JOWHARAH HAMEED-BOLDEN and ALI CONRAD O'BRIEN, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FOREVER 21 RETAIL, INC., and FOREVER 21, INC.,<br><br>Defendant. | Case No.: 2:18-cv-03019<br><br>**ORDER GRANTING STIPULATION TO CONTINUE DEADLINE TO FILE MOTION FOR PRELIMINARY APPROVAL TO JULY 28, 2021** |
|---|---|

The Court, having read and considered Plaintiffs JOWHARAH HAMEED-BOLDEN's and ALI CONRAD O'BRIEN's (collectively, "Plaintiffs") and Defendants FOREVER 21 RETAIL, INC.'s and FOREVER 21, INC.'s (collectively, "Forever 21") (together the "Parties") Stipulation to Continue Deadline to File Motion for Preliminary Approval to July 28, 2021 ("Stipulation"), and finding good cause therefor, HEREBY ORDERS that:

1. The Stipulation is GRANTED; and
2. Plaintiffs' deadline to file their Motion for Preliminary Approval is continued to July 28, 2021.

**IT IS SO ORDERED.**

Dated: June 25, 2021

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE