JOHN A. YANCHUNIS
*Admitted Pro Hac Vice*
jyanchunis@ForThePeople.com
JEAN SUTTON MARTIN
*Admitted Pro Hac vice*
jeanmartin@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

*Attorneys for Plaintiffs and the*

*Conditionally Certified Settlement Class*

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWHARAH HAMEED-BOLDEN and ALI CONRAD O'BRIEN, On Behalf of Themselves and All Others Similarly Situated, )<br><br>Plaintiffs, )<br><br>v. )<br><br>FOREVER 21 RETAIL, INC., and FOREVER 21, INC. )<br>Defendants. ) | Case No.: 2:18-cv-03019-MCS (JPRx)<br><br>**PLAINTIFFS' UNOPPOSED RENEWED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND DIRECTION OF NOTICE UNDER RULE 23(e)**<br><br>Hearing Date:   September 20, 2021<br>Hearing Time:   9:00 a.m.<br>Hearing Location:   Courtroom 7C |

**TO THE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** on September 20, 2021, at 9:00 a.m. in Courtroom 7C of the above-entitled court before the Honorable Mark C. Scarsi, Plaintiffs, through undersigned counsel, will and hereby do renew their Motion for Preliminary Approval of Class Action Settlement and Direction of Notice under Rule 23(e), and respectfully request the Court to:

1. grant this Renewed Motion for Preliminary Approval and direction of notice under Rule 23(e);

2. appoint Jowharah Hameed-Bolden and Ali Conrad O'Brien as Class Representatives;

3. appoint John Yanchunis, Jean S. Martin, Kevin Ruf, Brian Murray, Paul Whalen, and Jasper Ward as Class Counsel;

4. approve the Proposed Notice and authorize its dissemination to the Settlement Class;

5. appoint Epiq to serve as the Notice and Claims Administrator; and

6. adopt the proposed schedule for final approval.

This motion is based upon the pleadings and records on file herein, including the original motion for preliminary approval filed in this matter [ECF No. 63], the Settlement Agreement and exhibits, the Declaration of John S. Yanchunis in Support of Plaintiffs' Unopposed Renewed Motion for Preliminary Approval, and such other documentary evidence or arguments as may be presented to the Court on the motion.

Local Rule 7-3 Certification:  Pursuant to the terms of the Settlement Agreement, Defendants do not oppose this Motion.

Dated: August 10, 2021          /s John A. Yanchunis
                                JOHN A. YANCHUNIS

-1-

Plaintiffs' Unopposed Renewed Motion for Preliminary Approval of the Class Action Settlement and Direction of Notice under Fed. R. Civ. P. 23(e)
Case No.: 2:18-cv-03019-MCS (JPRx)

jyanchunis@ForThePeople.com
JEAN SUTTON MARTIN
jeanmartin@ForThePeople.com
MORGAN & MORGAN
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

BRIAN P. MURRAY
bmurray@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
122 East 42nd Street, Suite 358
New York, NY 10168
Telephone: (212) 682-5340

PAUL C. WHALEN
paul@paulwhalen.com
LAW OFFICE OF PAUL C. WHALEN, P.C.
P.O. Box 111
Haines Falls, NY 12436
Telephone: (516) 426-6870

JASPER D. WARD IV
jasper@jonesward.com
JONES WARD PLC
312 S. Fourth Street
Louisville, KY 40202
Telephone: (502) 882-6000

***Attorneys for Plaintiffs and the Conditionally
Certified Settlement Class***

Plaintiffs' Unopposed Renewed Motion for Preliminary Approval of the Class Action Settlement and Direction of Notice
under Fed. R. Civ. P. 23(e)
Case No.: 2:18-cv-03019-MCS (JPRx)