JOHN A. YANCHUNIS
*Admitted Pro Hac Vice*
jyanchunis@ForThePeople.com
JEAN SUTTON MARTIN
*Admitted Pro Hac vice*
jeanmartin@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

*Attorneys for Plaintiffs and the*

*Conditionally Certified Settlement Class*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWHARAH HAMEED-BOLDEN and ALI CONRAD O'BRIEN, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FOREVER 21 RETAIL, INC., and FOREVER 21, INC.<br>Defendants. | Case No.: 2:18-cv-03019-MCS (JPRx)<br><br>**PLAINTIFFS' NOTICE AND MOTION FOR ATTORNEYS' FEES, COSTS, AND EXPENSES AND SERVICE AWARDS**<br><br>Date:      April 21, 2022<br>Time:     8:30 a.m. (PT)<br>Courtroom: 9D |

**TO THE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on April 22, 2022 at 8:30 A.M. (Pacific Time), or as soon thereafter as the matter may be heard before the Honorable George H. Wu, in Courtroom 9D, United States District Court, Central District of California, 350 W. 1st Street, Los Angeles, California 90012, Plaintiffs Jowharah Hameed-Bolden and Ali Conrad O'Brien (previously appointed as "Class Representatives") will and hereby do move the Court, pursuant to Federal Rule of Civil Procedure 23, for the entry of an order approving the requested attorneys' fees and costs in the amount of $500,000.00, as well as service awards in the amount of $2,500.00 for each Class Representative.

The grounds for this motion are that the proposed settlement is within the necessary range of reasonableness to justify granting the requested attorneys' fees and costs, as well as service awards. This motion is based upon this Notice and Motion for Attorneys' Fees and Costs and Service Awards, the Memorandum of Points and Authorities in Support, the accompanying declaration of Jean S. Martin, the pleadings and papers on file in this action, and such oral argument and documentary evidence as may be presented at the hearing on this motion

Local Rule 7-3 Certification: Pursuant to the terms of the Settlement Agreement, Defendants do not oppose this Motion.

Plaintiffs' Notice and Motion for Attorneys' Fees, Costs, and Expenses and Service Awards
Case No.: 2:18-cv-03019-MCS (JPRx)

| | |
|---|---|
| Dated: February 18, 2022 | /s John A. Yanchunis |
| | JOHN A. YANCHUNIS |
| | jyanchunis@ForThePeople.com |
| | JEAN SUTTON MARTIN |
| | jeanmartin@ForThePeople.com |
| | MORGAN & MORGAN |
| | 201 N. Franklin Street, 7th Floor |
| | Tampa, Florida 33602 |
| | Telephone: (813) 223-5505 |
| | Facsimile: (813) 223-5402 |
| | |
| | BRIAN P. MURRAY |
| | bmurray@glancylaw.com |
| | GLANCY PRONGAY & MURRAY LLP |
| | 122 East 42nd Street, Suite 358 |
| | New York, NY 10168 |
| | Telephone: (212) 682-5340 |
| | |
| | PAUL C. WHALEN |
| | paul@paulwhalen.com |
| | LAW OFFICE OF PAUL C. WHALEN, P.C. |
| | P.O. Box 111 |
| | Haines Falls, NY 12436 |
| | Telephone: (516) 426-6870 |
| | |
| | JASPER D. WARD IV |
| | jasper@jonesward.com |
| | JONES WARD PLC |
| | 312 S. Fourth Street |
| | Louisville, KY 40202 |
| | Telephone: (502) 882-6000 |
| | |
| | ***Attorneys for Plaintiffs and the Conditionally Certified Settlement Class*** |

Plaintiffs' Notice and Motion for Attorneys' Fees, Costs, and Expenses and Service Awards
Case No.: 2:18-cv-03019-MCS (JPRx)