JOHN A. YANCHUNIS
*Admitted Pro Hac Vice*
jyanchunis@ForThePeople.com
JEAN SUTTON MARTIN
*Admitted Pro Hac vice*
jeanmartin@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

*Attorneys for Plaintiffs and the*

*Conditionally Certified Settlement Class*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWHARAH HAMEED-BOLDEN and ALI CONRAD O'BRIEN, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FOREVER 21 RETAIL, INC., and FOREVER 21, INC.<br>Defendants. | Case No.: 2:18-cv-03019-MCS (JPRx)<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT** |

1   **TO THE COURT, AND TO ALL PARTIES AND THEIR COUNSEL OF**
2   **RECORD:**

4   **PLEASE TAKE NOTICE THAT** Plaintiffs, through undersigned counsel, hereby enter this motion for Final Approval of Class Action Settlement and respectfully request that the Court enter an order granting final approval of the Settlement and finally certifying the Settlement Class.

This motion is based upon the pleadings and records on file herein, including the memorandum of law in support of this motion, the original motion for preliminary approval filed in this matter [ECF No. 63], the renewed motion for preliminary approval [ECF No. 97], the Settlement Agreement and exhibits, the Declaration of Jean S. Martin in Support of Plaintiffs' Unopposed Motion for Final Approval, and such other documentary evidence or arguments as may be presented to the Court on the motion.

Local Rule 7-3 Certification: Pursuant to the terms of the Settlement Agreement, Defendants do not oppose this Motion.

Dated: April 7, 2022

/s Jean S. Martin
JEAN SUTTON MARTIN
jeanmartin@ForThePeople.com
JOHN A. YANCHUNIS
jyanchunis@ForThePeople.com
MORGAN & MORGAN
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

BRIAN P. MURRAY
bmurray@glancylaw.com
GLANCY PRONGAY & MURRAY LLP
122 East 42nd Street, Suite 358
New York, NY 10168
Telephone: (212) 682-5340

-1-

PAUL C. WHALEN
paul@paulwhalen.com
LAW OFFICE OF PAUL C. WHALEN, P.C.
P.O. Box 111
Haines Falls, NY 12436
Telephone: (516) 426-6870

JASPER D. WARD IV
jasper@jonesward.com
JONES WARD PLC
312 S. Fourth Street
Louisville, KY 40202
Telephone: (502) 882-6000

*Attorneys for Plaintiffs and the Conditionally Certified Settlement Class*

-2-

Plaintiffs' Unopposed Renewed Motion for Final Approval of the Class Action Settlement
Case No.: 2:18-cv-03019-MCS (JPRx)