JOHN A. YANCHUNIS
*Admitted Pro Hac Vice*
jyanchunis@ForThePeople.com
JEAN SUTTON MARTIN
*Admitted Pro Hac vice*
jeanmartin@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
201 N. Franklin Street, 7th Floor
Tampa, Florida 33602
Telephone: (813) 223-5505
Facsimile: (813) 223-5402

*Attorneys for Plaintiffs and the Proposed Class and Subclasses*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWHARAH HAMEED-BOLDEN and ALI CONRAD O'BRIEN, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FOREVER 21 RETAIL, INC., and FOREVER 21, INC.<br><br>Defendants. | Case No.: 2:18-cv-03019-GW-JPR<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO COMPLY WITH THIS COURT'S REQUEST FOR SUPPLEMENTAL BRIEFING ON MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES AND SERVICE AWARDS FOR PLAINTIFFS** |

On September 2, 2022, this Court ordered Plaintiffs to complete supplemental briefing on their Motion for Final Approval of Class Action Settlement (ECF No. 116) and Motion for Attorneys' Fees, Costs, and Expenses and Service Awards for Plaintiffs (ECF No. 114) by September 8, 2022. *See* ECF No. 130. Specifically, this Court has asked Plaintiffs to more fully explain the history of the claims-submissions process and address issues regarding the fluctuating numbers of Claims deemed valid by the Settlement Administrator as well as the various changes in the average per-claim value. Plaintiffs certainly understand the Court's concerns, and upon receipt of the Court's order, immediately began working with the Settlement Administrator as well as Defendants to provide the Court with comprehensive answers to the questions raised.

As of the date of this motion, Plaintiffs are continuing to work with the Settlement Administrator and Defendants to make certain that they can provide the Court with full and adequate information so that this Court can resolve the pending motions. This process requires the Settlement Administrator to re-confirm the accuracy of various data points. As such, Plaintiffs respectfully request a one-week extension of time to comply with the Court's request for supplemental briefing.

Defendants do not oppose this request, or the relief sought herein.

DATED: September 7, 2022

>	*/s Jean S. Martin*
> Jean S. Martin
> jeanmartin@forthepeople.com
> JOHN A. YANCHUNIS
> jyanchunis@ForThePeople.com
> MORGAN & MORGAN
> COMPLEX LITIGATION GROUP
> 201 N. Franklin Street, 7th Floor
> Tampa, Florida 33602
> Telephone: (813) 223-5505
> Facsimile: (813) 223-5402

PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION