UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOWHARAH HAMEED-BOLDEN and ALI CONRAD O'BRIEN, On Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>FOREVER 21 RETAIL, INC., and FOREVER 21, INC.<br><br>Defendants. | Case No.: CV 18-3019-GW-JPRx<br><br>**ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO COMPLY WITH THIS COURT'S REQUEST FOR SUPPLEMENTAL BRIEFING ON MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND MOTION FOR ATTORNEYS' FEES, COSTS AND EXPENSES AND SERVICE AWARDS FOR PLAINTIFFS** |

Upon consideration of Plaintiffs' Unopposed Motion for an Extension of Time to Comply with the Court's Request for Supplemental Briefing, Plaintiffs' motion is hereby **GRANTED**. Plaintiffs shall respond to the issues raised in the Court's September 2, 2022 Civil Minutes (ECF No. 130) by **September 15, 2022**.

**IT IS SO ORDERED.**

Dated: September 9, 2022

_____
HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE